ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 NOV -6 PM 12: 43

CLERK OF COURT

Daniel W. Nicholson
Plaintiff

v.

XTO/Exxon Energy Inc.
Defendant

4-13CV-899-A
Civil Action No.

## COMPLAINT

Negligence - Wrongful Death - Property Damage.
Failure to exercise reasonable care during drilling
operations in the area of Eden Rd and Matlock Rd
in the city of Arlington, Texas.
Defendant XTO/Exxon Energy Inc. failed in the
duty to protect Vera Nicholson and family from
effects coming from close proximity of the
drilling process.

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 11-6-13 |
| Signature | D.W.Nicholson |
| Print Name | Daniel W. Nicholson |
| Address | 13641 S. 47th St. |
| City, State, Zip | Phoenix, Arizona  85044 |
| Telephone | 520-431-0271   dwn757@yahoo.com |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS


DANIEL W. NICHOLSON                    /

      Plaintiffs                          /

v.                                     /        Civil Action No.

XTO/EXXON ENERGY INC.                  /        4 - 1 3 C V - 8 9 9 - A

      Defendant                          /


## COMPLAINT FOR NEGLIGENCE

1.) Statement of Jurisdiction.

   a. For diversity of citizenship jurisdiction; the plaintiff is a citizen of the state of Arizona.

   b. The defendant is a citizen of the state of Texas and its principle place of business is within the state of Texas.

   c. The amount in controversy exceeds the sum or value specified by 28 U.S.C. $ 1332


2.) Negligence

   a. Beginning March of 2010 to present; (The defendant) XTO Exxon Energy Inc. negligence in the duty to insure the safety of (The plaintiff)

mother and family inside dwelling or its neighbors during its drilling operations in the area of Eden Rd. and Matlock Rd. in the city of Arlington, Texas.  Restatement (second) of Torts section 282-283 (1965) These sections essentially define negligence as an act or omission that creates an unreasonable risk of harm; or conduct that falls below what a reasonable person in similar circumstances would have done.

3.) As a result the plaintiff and family have suffered the death of a much loved and cherished mother (Vera Nicholson) of 800 Crystal Creek Ln. Arlington, Texas 76001.

4.) As a result the plaintiff mother's house at 800 Crystal Creek Ln. has multiple cracks in the foundation to include significant structural damages to home and property.

Therefore, the plaintiff asks for relief/damages judgment against the defendant in the amount of $9,000,000.00.

Date:  11-6-13

Signature:  _D. Nicholson_

Print name:    Daniel W. Nicholson

Address:    13541 S. 47th St.

City, State, Zip:  Phoenix, Arizona

Telephone:    520-431-0271

## BACKGROUND

Reference case 4:13-CV-00455Y

United stated District Judge Terry R. Means DISMISSED WITHOUT PREJUDICE to their refilling under federal rules of civil procedure 12(b) (1) subject matter of jurisdiction.

As Pro Se litigants during the time of the initial complaint, our awareness of the rights and rules under the federal courts of the United States was limited at best but we felt that the jurisdiction needed to be heard in this venue as the amount of relief exceeded $75,000.00 and then we began this process.

Plaintiff intent is to present a case to the court that the loss of our dear mother was do to the cumulative effects of the chemicals used during the hydraulic fracturing drilling process very close and directly down wind from her house, resulted in her death and may have contributed to the deaths of four other close neighbors.  Also to include numerous areas of property damage; we feel compelled to show in a court a claim upon which relief can be granted.

As we move forward in this process we intended to respectfully keep things simple for ourselves and the court and comply with the rules as Pro Se litigants.

## Argument

A. The defendants no longer have a motion to dismiss under rule 12(b) (1) As the states of citizenship are different, this appears to be a subject matter of (Diversity Jurisdiction) along with the amount of relief exceeding $75,000.00 should meet the requirements of the United States District Court for the northern district of Texas on the "subject matter of jurisdiction".

B. The defendants should not have a motion to dismiss under rule 12(b) (6) as Daniel W. Nicholson will have evidence/discovery to share in the form of official reports/records, video/audio recordings, photographs, along with

expert testimony from medical doctors, toxicologist, and scientist/researchers. To include testimony from eye witnesses of these events showing negligence on the part of XTO/Exxon Energy Inc. to satisfy and simplify the plausible claim of "Wrongful death, pain, suffering, mental anguish, along with significant property damage" do to the drilling operations near the home.  Respectfully this may comply with the requirements of "sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face".  Ref. Ashcroft v. Iqbal 556 U.S. 662, 664 2009.

Discovery can be shared with full cooperation upon request.

### Summery

The plaintiff now has respectfully established (during refiling) the subject matter jurisdiction as (Diversity Jurisdiction) as the plaintiffs and defendant have citizenship from different states and the amount of relief requested exceeds $75,000.00  (28 U.S.C. section 1332 (a) (1)
After careful review of the circumstances we are compelled to ask the court to find XTO/Exxon Inc. liable for negligence in this matter as they have failed to provide adequate oversight in its duties to protect its neighbors from harm and impact due to the drilling operations in close proximity to persons inside their homes along with damage to property.  Ref. Torts section 282-283 (1965)


Respectfully submitted by Pro Se plaintiff

Daniel W. Nicholson
13641 s. 47th St.

Phoenix, Arizona 85044

Telephone: 520-431-0271

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Daniel W. Nicholson<br>13641 S. 47th St.<br>Phoenix, Az 85044 | XTO/Exxon Energy Inc.<br>810 Houston St.<br>Ft. Worth, Texas 76102 |

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
2013 NOV -6 PM 12: 42
CLERK OF COURT

**(b)** County of Residence of First Listed Plaintiff   Maricopa Co.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Tarrant Co.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A Pro Se
520-431-0271

Attorneys *(If Known)*
4-13CV-899-A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>& Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>Student Loans<br>(Excl. Veterans)<br>☐ 153 Recovery of Overpayment<br>of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>Liability<br>☐ 320 Assault, Libel &<br>Slander<br>☐ 330 Federal Employers'<br>Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>Product Liability<br>☒ 360 Other Personal<br>Injury<br>☐ 362 Personal Injury -<br>Med. Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>Product Liability<br>☐ 367 Health Care/<br>Pharmaceutical<br>Personal Injury<br>Product Liability<br>☐ 368 Asbestos Personal<br>Injury Product<br>Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>Property Damage<br>☐ 385 Property Damage<br>Product Liability | ☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards<br>Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc.<br>Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure<br>Act/Review or Appeal of<br>Agency Decision<br>☐ 950 Constitutionality of<br>State Statutes |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>Accommodations<br>☐ 445 Amer. w/Disabilities -<br>Employment<br>☐ 446 Amer. w/Disabilities -<br>Other<br>☐ 448 Education | ☐ 510 Motions to Vacate<br>Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>Conditions of<br>Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus -<br>Alien Detainee<br>(Prisoner Petition)<br>☐ 465 Other Immigration<br>Actions | ☐ 870 Taxes (U.S. Plaintiff<br>or Defendant)<br>☐ 871 IRS—Third Party<br>26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☒ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
*(specify)*

☐ 6 Multidistrict
Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332 (a) (1)
Brief description of cause:
Negligence ref Torts § 282 (1965).

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
9,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:

*(See instructions):*   JUDGE  Terry R. Means

DOCKET NUMBER  4:13-CV-455-Y

DATE  11-6-13

SIGNATURE OF ATTORNEY OF RECORD  D. Nicholson

FOR OFFICE USE ONLY
FW020673
RECEIPT #___  AMOUNT $ 400  APPLYING IFP___  JUDGE A  MAG. JUDGE___