IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DANIEL NICHOLSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 4:13-CV-0899-K-BJ |
| | § | |
| XTO/EXXON ENERGY, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed a Notice of No Objections.

The Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Therefore, this Case is DISMISSED for lack of Subject Matter Jurisdiction.

SO ORDERED.

Signed March 4th, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE